# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

—————————————————

WILLIAM CLAGGETT JOHNSON, JR.,

Appellant,

v.

TAMMY LYNN JOHNSON,

Appellee.

No. 2D2025-3282

—————————————————

August 12, 2026

Appeal from the Circuit Court for Hillsborough County; Jeffrey M. Rich, Judge.

William Claggett Johnson, Jr., pro se.

Derek T. Matthews of Matthews Law and Associates, Brandon, for Appellee.


ROTHSTEIN-YOUAKIM, Judge.

Affirmed in part and dismissed in part. *See Lauderdale Marine Ctr., Ltd. v. MYD Marine Distribs., Inc.,* 31 So. 3d 256, 257 (Fla. 4th DCA 2010) (holding that the court lacked jurisdiction to consider proceedings postdating the notice of appeal); *Royal Caribbean Cruise Lines A/S v. Caproli,* 534 So. 2d 913, 913 (Fla. 3d DCA 1988) ("Because the record reflects that appellants agreed to the judgment, they are not entitled to

review."); *see also* Fla. R. App. P. 9.110(h) (limiting appellate review to "any ruling or matter occurring before filing of the notice [of appeal]").

SILBERMAN and KELLY, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.